# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>SARAH E. WEEKS,<br><br>---<br><br>SARAH E. WEEKS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION/NELNET,<br><br>    Defendant | Chapter 7<br>Case No. 14-12391<br><br>Adv. Proc. No. 14-01177 |

### DEFAULT JUDGMENT

      The plaintiff having filed a complaint to determine the dischargeability of her student loan debt to the United States of America, through its Department of Education; the defendant having failed to answer; the plaintiff having moved for judgment by default; the defendant having failed again to respond; good cause having been stated; and the Court being satisfied that the plaintiff is entitled to the relief awarded herein; the Court hereby ORDERS, ADJUDGES, and DECLARES that the student loan debt of the plaintiff, Sarah E. Weeks, to the defendant, the Department of Education of the United States of America / NELNET, is subject to the discharge that the plaintiff has received in her bankruptcy case and accordingly is discharged.

Date: April 8, 2015

_____
Frank J. Bailey
United States Bankruptcy Judge